WILLIAM J. McDERMOTT, Appellant, v. CHRISTIAN EARING, Respondent.—

---

* See Civ. Serv. Law, § 22, subd. 2, as amd. by Laws of 1924, chap. 612.— [REP.

† Revd., 260 N. Y. 315.          ‡ Appeal dismissed, 260 N. Y. 611.

Order vacating and setting aside judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.